In the Matter of CHET ALLEN BOTTORFF, Appellant, v ANTHONY F. SHAHEEN, as Justice of the Supreme Court, Oneida County, et al., Respondents.

Submitted December 1, 2008; decided December 18, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.